**FILED**

**JUN 0 7 2018**

Clerk, U.S District Court
District Of Montana
Great Falls

ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
E-mail:   zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-76-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **TRANSPORTATION OF CHILD PORNOGRAPHY (Count I)**<br>Title 18 U.S.C. § 2252(a)(1), (b)<br>(Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, and $5000 special assessment) |
| KEITH DUANE GUSTAFSON,<br><br>Defendant. | |
| | **POSSESSION OF CHILD PORNOGRAPHY (Count II)**<br>Title 18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>(Penalty: 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, and $5000 special assessment) |
| | **CRIMINAL FORFEITURE**<br>18 U.S.C. § 2253(a) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about November 30, 2016, at Lambert, within Richland County, in the State and District of Montana, and elsewhere, the defendant, KEITH DUANE GUSTAFSON, knowingly transported any visual depiction, in and affecting interstate commerce, by any means, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(1) and (b).

## COUNT II

That from in or about November 2016, until in or about October 2017, at Fairview, within Richland County, in the State and District of Montana, and elsewhere, the defendant, KEITH DUANE GUSTAFSON, knowingly possessed an image of child pornography that involved a prepubescent minor or a minor who had not attained 12 years of age, and which image was separate and distinct from that subject of Count I above, that had been transported in interstate commerce by any means, including the internet and cellular telephone, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon his conviction of either offense, the defendant, KEITH DUANE GUSTAFSON,

pursuant to 18 U.S.C. § 2253(a), shall forfeit to the United States, all right, title and interest in property that represents property used to commit those offenses, that is,

- Samsung Galaxy S7 mobile phone (serial number 351713084527954).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____ For:
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3

Summons ✓
Warrant:_____
Bail:_____

Arraignment
6/28/18 @ 9:00am
Judge Cavan