**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

FILED

DEC 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH DUANE GUSTAFSON,<br><br>Defendant. | CR 18-76-BLG-SPW<br><br><br>ORDER |

Defendant Keith Duane Gustafson, having filed a Motion to be Taken Off of Electronic Monitoring for the Purpose of Traveling for Sentencing Hearing and Turning in His EMD Equipment to United States Probation (Doc. 27), and good cause appearing therefore;

IT IS HEREBY ORDERED that defendant be taken off of electronic monitoring the evening before his sentencing hearing in order to travel to the hearing and turn in his EMD equipment to United States Probation.

DATED this 26th day of December, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge