FILED

MAY 2 3 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KEITH DUANE GUSTAFSON, Defendant. | CR 18-76-BLG-SPW  FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 39). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on October 5, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18

1

U.S.C. § 2253;

**IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:**

1. The Motion for Final Order of Forfeiture is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

    - Samsung Galaxy S7 mobile phone (serial number 351713084527954)

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 22nd day of May, 2019.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE